IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-350 T

(Judge Christine O.C. Miller)

J. CARDENAS & SONS FARMING, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of thirty-five days from August 3, 2007, to and including September 7, 2007, within which to file its answer or other response in the above-captioned case. This is the first enlargement of time requested for this purpose.

In support of this motion, defendant states that its trial attorney has not yet received from the Internal Revenue Service ("IRS") the administrative files and the defense recommendation which are necessary to prepare a response to the complaint. Counsel for the IRS advised that the IRS is continuing its search for the complete administrative file which is necessary in order to prepare its defense recommendation. D efendant's trial attorney expects to receive the full administrative file and the defense recommendation and to respond to the complaint within the

time requested. Plaintiff's counsel has authorized us to state that plaintiff has no objection to the allowance of this motion.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/David Gustafson
Of Counsel

July 25, 2007