IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-350 T

(Judge Christine O.C. Miller)

J. CARDENAS & SONS FARMING, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of fifty-two days from October 9, 2007, to and including November 30, 2007, within which to file its answer or other response in the above-captioned case. This is the third enlargement of time requested for this purpose; the first two requests having been granted for a total of sixty-seven days.

In support of this motion, defendant states that previous enlargements were sought in order to allow the IRS additional time to locate the IRS administrative files maintained in connection with the periods at issue and to prepare its defense recommendation. The IRS conducted a search and located the administrative files which could be identified for the periods

in suit. Those files, along with the IRS defense recommendation were forwarded to defendant's trial attorney.

By letter dated October 1, 2007, plaintiff's counsel contacted defendant's trial attorney about a levy issue and its impact on this action. In a telephone conference on October 4, 2007, counsel for the parties discussed the levy issue and a series of related questions involving installment agreements for the periods in issue, accountings for payments made pursuant to those installment agreements, and Section 6672 (Trust Fund Recovery) proceedings which may affect the accounting issues in this action. In discussing these issues, counsel for the parties agreed that it would be helpful to have further discussions about the accounting issues in this action prior to the Government filing its response to the complaint. As a result, defendant's trial attorney agreed to forward to plaintiff's counsel copies of the transcripts of account provided by the IRS for the periods in suit. Plaintiff's counsel advised that he will review the IRS transcripts of account and prepare an accounting or a reconciliation based upon plaintiff's position with respect to payments made for the periods in issue.

This enlargement is sought in order to allow the parties additional time to exchange information and to discuss the information provided. Defendant's trial attorney is hopeful that the exchange of information and further discussions will help narrow the scope of the disputed issues and will clarify whether there are jurisdictional issues with respect to any of the periods in issue. Plaintiff's counsel has authorized us to state that plaintiff has no objection to the allowance of this motion.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

s/Steven I. Frahm
Of Counsel

October 5, 2007