# EXHIBIT 1

# In the United States Court of Federal Claims

**No. 07-350 T**

**Filed: June 4, 2007**

**J. CARDENAS & SONS FARMING, INC.,**

**v.**

**THE UNITED STATES**

**NOTICE OF ASSIGNMENT TO:**

**Judge Christine O.C. Miller**

Pursuant to Rule 40.1, this case has been assigned to the above Judge for the conduct of proceedings pursuant to the rules of this court. Careful consideration and observance by counsel of the rules of the court and the orders of the judge applicable to the various steps required for the prosecution of the case will enable the judge and the clerk of court to assist counsel in the expeditious disposition of the case with a minimum of time and expense. Counsels' attention is called to Appendix A of the Rules of the United States Court of Federal Claims, which govern proceedings before trial, and has application in every case unless an order is entered providing otherwise. As to the duplication, form and size requirements and number of copies of papers to be filed, see Rule 5.3. As to service, see Rule 5.1.

Also, counsels' attention is called to Appendix H that implements three methods of Alternative Dispute Resolution: Settlement Judges, Mini-Trials, and Third-Party Neutrals. The methods are both voluntary (i.e. both parties must agree to use the procedures) and flexible, and should be employed early in the litigation process.

The United States is requested to promptly file written notification of the name, address and telephone number of assigned counsel in accordance with Rule 83.1(c)(3) and (5).

Pursuant to Rule 5.3(g): "In pleadings and papers other than the complaint, the name of the judge assigned to the case shall be included under the docket number."

s/Brian Bishop
Brian Bishop, Clerk

# In the United States Court of Federal Claims

07-350 T

J. CARDENAS & SONS FARMING, INC.,

Filed: June 4, 2007

v.

THE UNITED STATES

## NOTICE OF DESIGNATION

Pursuant to General Order No. 42A, this case has been designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system. In order to file documents and receive service in CM/ECF, attorneys of record must have a CM/ECF account. A CM/ECF account login and password will be issued only to members of the United States Court of Federal Claims bar who have passed a certification test. Information about CM/ECF, including the certification process and test, is available at the court's public website (www.uscfc.uscourts.gov).

The following guidelines apply to all electronic cases in the CM/ECF system:

All documents in this case are to be filed electronically, except with leave of Court upon good cause shown. All electronically filed documents are to be in Portable Document Format (.pdf). While electronic filing via Internet is preferred, the Clerk's office will make available a public terminal from which documents may be filed electronically during normal business hours only (8:45 a.m. to 5:15 p.m.).

Service is complete upon electronic submission of an order or document and will be effected by electronic notice only to those counsel with a CM/ECF account. Counsel must immediately obtain a CM/ECF account if they do not have one already in order to receive service of electronically filed

documents. The Clerk's office will effect service of electronically filed documents in paper form for thirty (30) days from the date that the case is opened if counsel has not obtained an account yet. All orders and documents not served electronically after that date will be the responsibility of counsel to obtain through use of a PACER account. Counsel are responsible for monitoring their e-mail accounts and, upon receipt of notice of an electronic filing, for retrieving the order or document electronically. Do not attach certificates of service for documents filed electronically unless the document is served by hand as well.

Counsel are on notice that **no allowance can be made for late filing of documents whose time limits are jurisdictional.**

s/ Brian Bishop
Brian Bishop, Clerk of Court

Martin A. Schainbaum , Esq.
351 California Street
Suite 800
San Francisco, CA 94104-2409

7-350

RECEIVED

JUN 0 9 2007

MARTIN A. SCHAINBAUM, Esq.
Martin A. Schainbaum, A Professional Law Corporation
351 California Street, Suite 800
San Francisco, CA 94104-2406
Telephone: (415) 777-1040
Fax: (415) 981-1065
E-mail: schainbm@taxwarrior.com

Attorneys for Plaintiff
J. Cardenas & Sons Farming, Inc.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| J. CARDENAS & SONS FARMING, INC., | No.: ____________ |
| v. | |
| THE UNITED STATES of AMERICA | |

## COMPLAINT

1. Plaintiff has its principal place of business at 935 Faith Place, Nipomo California, 93444. Plaintiff's Employer Identification Number is 77-0121198;

2. Defendant is the United States of America;

3. This suit arises under the Internal Revenue Laws of the United States (Chapter 26 of the United States Code) for the refund/abatement of taxes assessed against and paid by Plaintiff involving Form 943 employment taxes for the tax periods ending on the following dates: December 31, 1993, December 31, 1995, December 31, 1998, and December 31, 2000;

4. Jurisdiction is conferred upon this Court by 26 U.S.C. §§ 6532 and 7422, and 28 U.S.C. § 1346;

5. Plaintiff has made payments to Defendant's Internal Revenue Service as follows:

| Tax period Ending | Payment Amount | Payment Date |
|---|---|---|
| December 31, 1993 | $8,000 | May, 2006 |
| December 31, 1995 | $8,000 | May, 2006 |
| December 31, 1998 | $8,000 | May, 2006 |
| December 31, 2000 | $16,000 | April-May, 2006 |

Further, Plaintiff has made, and continues to make, monthly payments under protest pursuant to a payment plan agreement entered into with Defendant's Internal Revenue Service. To date, payments made under protest, since August 2005, pursuant to the payment plan, total at least $172,000, which total amount has not been properly recorded and credited to Plaintiff's account by Defendant's Internal Revenue Service*;

6. The aforementioned payments were erroneously paid to Defendant's Internal Revenue Service due to the fact there is no tax liability in excess of the payments previously paid by Plaintiff in due course as required by law. Consequently, Defendant's Internal Revenue Service erroneously asserted additional tax liabilities in the amount of $746,664. The aforementioned alleged tax liabilities have been satisfied. Consequently, Plaintiff is entitled to refunds of the amounts paid and identified below as having been paid under protest for taxes not due and owing;

7. On or about September 1, 2006, Plaintiff submitted Forms 843, Claim for Refund and Request for Abatement, copies of which are attached as Exhibits A through D, and incorporated by reference herein, claiming refund of the following amounts:

* Payments have been made jointly on behalf of Plaintiff and the Rio Vista Corporation, which has filed a separate simultaneous complaint for refund. It is unknown how the Defendant's Internal Revenue Service has allocated the payments between the two taxpayers.

| Exhibit | Tax period Ending | Refund Claim Amount |
|---|---|---|
| A | December 31, 1993 | $909.70 |
| B | December 31, 1995 | $4,857.50 |
| C | December 31, 1998 | $708.58 |
| D | December 31, 2000 | $3,050.34 |

8. To date, Plaintiff has not received any refund payment for the aforementioned erroneously assessed and paid taxes. A period of six months has elapsed since the date of filing the claims for refund;

9. As grounds and basis for recovery, Plaintiff incorporates by this reference as though fully set forth herein, each and every allegation, statement and ground contained in Exhibits A through D, the respective claims for refund;

10. Plaintiff has overpaid its federal Form 943 employment tax liability for the period ending December 31, 1993, and is entitled to recover from Defendant the claimed refund amount of $909.70, or such greater or other amount, together with interest, as allowed by law;

11. Plaintiff has overpaid its federal Form 943 employment tax liability for the period ending December 31, 1995, and is entitled to recover from Defendant the claimed refund amount of $4,857.50, or such greater or other amount, together with interest, as allowed by law;

12. Plaintiff has overpaid its federal Form 943 employment tax liability for the period ending December 31, 1998, and is entitled to recover from Defendant the claimed refund amount of $708.58, or such greater or other amount, together with interest, as allowed by law;

13. Plaintiff has overpaid its federal Form 943 employment tax liability for the period ending December 31, 2000, and is entitled to recover from Defendant the claimed refund

amount of $3,050.34, or such greater or other amount, together with interest, as allowed by law;

14. Plaintiff's payments to Defendant's Internal Revenue Service at least in the amount of $172,000, since August, 2005, made under protest pursuant to a payment plan, constitute overpayments, and Plaintiff is entitled to recover from Defendant the amount of $172,000, or such greater or other amount, together with interest, as allowed by law;

15. Plaintiff alleges that Defendant has taken an unjustified, arbitrary and erroneous position with respect to the failure of Defendant's Internal Revenue Service to record and allow proper credit to Plaintiff for its tax payments, which have resulted in overpayment of the taxes, paid and described herein, sought to be refunded;

16. Plaintiff is the sole owner of its claims against Defendant and has made no assignment of said claims.

WHEREFORE, Plaintiff prays for judgment against Defendant, in the assessed and paid amount of $172,000, or such greater or other amount as allowed by law, together with:

a. Interest as paid, assessed, and as allowed by law;

b. Costs as allowed by law;

c. Attorneys' fees as allowed, pursuant to 42 U.S.C. § 1988, 28 U.S.C. § 2412; 5 U.S.C. § 504, and amendments thereto made by the Equal Access

d. to Justice Act (H.R. 5612, Titile II, § 201-208), and any other legislation; and

e. Such other relief as the Court shall deem appropriate.

Dated: 31 May 2007

MARTIN A. SCHAINBAUM
A Professional Law Corporation

Martin A. Schainbaum

By: MARTIN A. SCHAINBAUM, Esq.

Form 843 (Rev. November 2005)
Department of the Treasury
Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for—*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

Name of claimant
**J. Cardenas & Sons Farming, Inc.**

Your SSN or ITIN

Address (number, street, and room or suite no.)
**PO Box 6420**

Spouse's SSN or ITIN

City or town, state, and ZIP code
**Santa Maria, CA 93454**

Employer identification number (EIN)
**77 : 0121198**

Name and address shown on return if different from above

Daytime telephone number
**( 805 ) 310-6068**

1 **Period.** Prepare a separate Form 843 for each tax period
From **01 / 01 / 1993** to **12 / 31 / 1993**

2 Amount to be refunded or abated
$ **909.70**

3a Type of tax, penalty, or addition to tax:
☑ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶

b Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☑ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

4a Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ▶ **$8,000-May, 2006**

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Employment tax paid on behalf of Juan Cardenas, in the amount of $909.70, has been erroneously and arbitrarily assessed by the Internal Revenue Service. The Internal Revenue Service erroneously and arbitrarily failed to give proper credit for payments made by J. Cardenas & Sons Farming, Inc. Further, the Internal Revenue Service erroneously assessed an amount in excess of the amount required by law for 01/01/93 to 12/31/93. J. Cardenas & Sons Farming, Inc. requests a refund in the amount of $909.70, or such greater or other amount, together with interest as allowed by law.**

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Juan Cardenas [signature]

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date

Signature Date

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.** Cat. No. 10180R Form **843** (Rev. 11-2005)

EXHIBIT A

Form 843 (Rev. November 2005)
Department of the Treasury
Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not use Form 843 if your claim is for—***

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

Name of claimant
**J. Cardenas & Sons Farming, Inc.**

Your SSN or ITIN

Address (number, street, and room or suite no.)
**PO Box 6420**

Spouse's SSN or ITIN

City or town, state, and ZIP code
**Santa Maria, CA 93454**

Employer identification number (EIN)
**77 : 0121198**

Name and address shown on return if different from above

Daytime telephone number
**( 805 ) 310-6068**

1 **Period.** Prepare a separate Form 843 for each tax period
From **01 / 01 / 1995** to **12 / 31 / 1995**

2 Amount to be refunded or abated
$ **4,857.50**

3a Type of tax, penalty, or addition to tax:
☑ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶

b Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☑ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

4a Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ▶ **$8,000-May, 2006**

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Employment tax paid on behalf of Juan Cardenas, in the amount of $4,857.50, has been erroneously and arbitrarily assessed by the Internal Revenue Service. The Internal Revenue Service erroneously and arbitrarily failed to give proper credit for payments made by J. Cardenas & Sons Farming, Inc. Further, the Internal Revenue Service erroneously assessed an amount in excess of the amount required by law for 01/01/95 to 12/31/95. J. Cardenas & Sons Farming, Inc. requests a refund in the amount of $4,857.50, or such greater or other amount, together with interest as allowed by law.**

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) ............ Date ............

Signature ............ Date ............

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

EXHIBIT
B

(Rev. November 2005)
Department of the Treasury
Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for—*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

Name of claimant
**J. Cardenas & Sons Farming, Inc.**

Address (number, street, and room or suite no.)
**PO Box 6420**

City or town, state, and ZIP code
**Santa Maria, CA 93454**

Name and address shown on return if different from above

Your SSN or ITIN

Spouse's SSN or ITIN

Employer identification number (EIN)
**77 : 0121198**

Daytime telephone number
**( 805 ) 310-6068**

**1 Period.** Prepare a separate Form 843 for each tax period
From **01 / 01 / 1998** to **12 / 31 / 1998**

**2** Amount to be refunded or abated
$ **708.58**

**3a** Type of tax, penalty, or addition to tax:
☑ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶

**b** Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☑ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

**4a** Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ▶ **$8,000-May, 2006**

**5 Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Employment tax paid on behalf of Filemon Camargo, in the amount of $708.58, has been erroneously and arbitrarily assessed by the Internal Revenue Service. The Internal Revenue Service erroneously and arbitrarily failed to give proper credit for payments made by J. Cardenas & Sons Farming, Inc. Further, the Internal Revenue Service erroneously assessed an amount in excess of the amount required by law for 01/01/98 to 12/31/98. J. Cardenas & Sons Farming, Inc. requests a refund in the amount of $708.58, or such greater or other amount, together with interest as allowed by law.**

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

[signature]

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date

Signature Date

**Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

EXHIBIT
C

Form **843** (Rev. 11-2005)

(Rev. November 2005)
Department of the Treasury
Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not use Form 843 if your claim is for—***

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

Name of claimant
**J. Cardenas & Sons Farming, Inc.**

Address (number, street, and room or suite no.)
**PO Box 6420**

City or town, state, and ZIP code
**Santa Maria, CA 93454**

Name and address shown on return if different from above

Your SSN or ITIN

Spouse's SSN or ITIN

Employer identification number (EIN)
**77 : 0121198**

Daytime telephone number
**( 805 ) 310-6068**

1 **Period.** Prepare a separate Form 843 for each tax period
From **01 / 01 / 2000** to **12 / 31 / 2000**

2 Amount to be refunded or abated
$ **3,050.34**

3a Type of tax, penalty, or addition to tax:
☑ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶

b Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☑ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

4a Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ▶ **$8,000-May, 2006 $8,000-April, 2006**

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Employment tax paid on behalf of Juan Cardenas, in the amount of $3,050.34, has been erroneously and arbitrarily assessed by the Internal Revenue Service. The Internal Revenue Service erroneously and arbitrarily failed to give proper credit for payments made by J. Cardenas & Sons Farming, Inc. Further, the Internal Revenue Service erroneously assessed an amount in excess of the amount required by law for 01/01/00 to 12/31/00. J. Cardenas & Sons Farming, Inc. requests a refund in the amount of $3,050.34, or such greater or other amount, together with interest as allowed by law.**

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

[signature]

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date

Signature Date

Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

EXHIBIT D