MARTIN A. SCHAINBAUM, Esq.
Martin A. Schainbaum, A Professional Law Corporation
351 California Street, Suite 800
San Francisco, CA 94104-2406
Telephone: (415) 777-1040
Fax: (415) 981-1065
E-mail: schainbm@taxwarrior.com

Attorneys for Plaintiffs
J. Cardenas & Sons Farming, Inc.,
Juan Cardenas, and Graciela Cardenas

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| J. CARDENAS & SONS FARMING, INC., JUAN CARDENAS and GRACIELA CARDENAS<br><br>v.<br><br>THE UNITED STATES | No.: 07-350 T |

## CERTIFICATE OF SERVICE

I hereby certify on this 6th day of November 2007 that a true and correct copy of the Amended Complaint was served on the following via E-mail and first class U.S. mail postage prepaid to:

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
E-mail: jennifer.d.spriggs@usdoj.gov

Date: November 6, 2007

s/ Martin A. Schainbaum
MARTIN A. SCHAINBAUM