IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-350 T

(Judge Christine O.C. Miller)

J. CARDENAS & SONS FARMING, INC.,
JUAN CARDENAS AND GRACIELA CARDENAS,

Plaintiffs

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of nine days from January 2, 2008,[1] to and including January 11, 2008, within which to file its reply to Plaintiffs' Opposition to Motion For More Definite Statement ("opposition") in the above-captioned case. This is the first enlargement of time requested for this purpose.

In support of this motion, defendant states that on December 31, 2007, its trial attorney received from the Internal Revenue Service ("IRS") a supplemental defense recommendation in connection with plaintiffs' opposition and the amended complaint filed in this action. Counsel

[1] Defendant's reply is due on January 2, 2008, pursuant to RCFC 6(a).

for the parties have scheduled a telephone conference on January 4, 2008, to discuss the status of this action.

This enlargement of time is sought in order to allow defendant's trial attorney time to review the supplemental defense recommendation provided by the IRS and to allow the parties additional time to meet and confer with respect to the issues pending before the Court. Further discussions by the parties may clarify the issues for which a judicial resolution will be required. Plaintiff's counsel has authorized us to state that plaintiff has no objection to the allowance of this motion.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/David Gustafson
Of Counsel

January 2, 2008