Form **843**
(Rev. November 2005)
Department of the Treasury
Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for—*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant<br>**J. Cardenas & Sons Farming, Inc.** | Your SSN or ITIN |
| Address (number, street, and room or suite no.)<br>**PO Box 6420** | Spouse's SSN or ITIN |
| City or town, state, and ZIP code<br>**Santa Maria, CA 93454** | Employer identification number (EIN)<br>**77 : 0121198** |
| Name and address shown on return if different from above | Daytime telephone number<br>( **805** ) **310-6068** |

**1** **Period.** Prepare a separate Form 843 for each tax period
From **01** / **01** / **1998** to **12** / **31** / **1998**

**2** Amount to be refunded or abated $ **708.58**

**3a** Type of tax, penalty, or addition to tax:
☑ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶

**b** Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☑ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

**4a** Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ▶ **$8,000-May, 2006**

**5** **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Employment tax paid on behalf of Filemon Camargo, in the amount of $708.58, has been erroneously and arbitrarily assessed by the Internal Revenue Service. The Internal Revenue Service erroneously and arbitrarily failed to give proper credit for payments made by J. Cardenas & Sons Farming, Inc. Further, the Internal Revenue Service erroneously assessed an amount in excess of the amount required by law for 01/01/98 to 12/31/98. J. Cardenas & Sons Farming, Inc. requests a refund in the amount of $708.58, or such greater or other amount, together with interest as allowed by law.**

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date

Signature Date

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

Form **843** (Rev. 11-2005)

EXHIBIT
tabbles
C