Form **843**
(Rev. November 2005)
Department of the Treasury
Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

*Do not use Form 843 if your claim is for—*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant: **Juan & Graciela Cardenas** | Your SSN or ITIN: 545 : 84 : 4135 |
| Address (number, street, and room or suite no.): **935 Faith Place** | Spouse's SSN or ITIN: 550 : 82 : 5172 |
| City or town, state, and ZIP code: **Nipomo, CA 93444-9451** | Employer identification number (EIN) |
| Name and address shown on return if different from above | Daytime telephone number: ( 805 ) 310-6066 |

**1** **Period.** Prepare a separate Form 843 for each tax period
From 09 / 01 / 2007 to 09 / 30 / 2007

**2** Amount to be refunded or abated: $ 20,662.10

**3a** Type of tax, penalty, or addition to tax:
☐ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☑ Penalty—IRC section ▶ Civil Penalty

**b** Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☐ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

**4a** Request for abatement or refund of:
☑ Interest as a result of IRS errors or delays.
☑ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ▶

**5** **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

See attached.

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) — [signature] — Date 12-17-07

Signature — [signature] — Date 12/17/07

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 10180R    Form **843** (Rev. 11-2005)

EXHIBIT
P

Schedule in Support of Form 843 Claim For Refund

5. Explanation:

After commencing a tax refund action in the United States Court of Claims on or about May 31, 2007, a revenue officer from the Santa Maria office of the Internal Revenue Service on September 26, 2007, contrary to the provisions of 26 U.S.C. §§ 6331(i) & (k), served notice of levy on the aforementioned taxpayer corporation's sole shareholder's personal bank accounts at Wells Fargo Bank in the amount of $60,633.65.

This wrongful levy caused Wells Fargo Bank to disburse to the Internal Revenue Service, as follows:

| Account Number | Amount |
|---|---|
| 7435 | $ 200.28 |
| 1919 | 19,420.20 |
| 3751 | 966.62 |
| Bank fee | 75.00 |
| Total | 20,662.10 |

The revenue officer erred because the employment taxes alleged to be owed by the corporation are all in dispute and the corporation may in fact be entitled to a refund. In addition, any penalty asserted pursuant to 26 U.S.C. §§ 6672, is erroneous because the underlying tax obligations may not exist, litigation is pending, and there is no willful failure to pay tax liabilities, if any.

The agent may have proceeded with the notice of levy in retaliation of the June 2007 lawsuit having been filed, and such collection is in violation of 26 U.S.C. § 6331(i) & (k), requiring the aforementioned $20,662.10, or such other amount, as determined to be refunded with interest as allowed by law.