# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **J. CARDENAS & SONS FARMING, INC., JUAN CARDENAS AND GRACIELA CARDENAS,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 07-350T |
| **THE UNITED STATES,** | * | (Filed Feb. 12, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **RIO VISTA CORPORATION, JUAN CARDENAS AND GRACIELA CARDENAS,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 07-351T |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant on February 11, 2008, filed a Motion for Enlargement of Time within which to respond to plaintiffs' Second Amended Complaint in both of these consolidated cases. On the same date Plaintiff[s]' Objection to Defendant's Motion for Enlargement of Time was filed in each case. Defendant has shown good cause for this limited extension, RCFC 6(b), but plaintiffs are persuasive than an answer should be filed in due course. Accordingly, pursuant to RCFC 7.2(a), no reply is necessary, and

**IT IS ORDERED**, as follows:

Defendant's motion is granted insofar as it shall file a response to plaintiffs' second amended complaints by February 26, 2008. No further extensions will be granted. Counsel for plaintiffs need file only one pleading in these consolidated cases.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge