IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 07-350 T & 07-351 T
(Judge Christine O.C. Miller)

J. CARDENAS & SONS FARMING, INC.,
JUAN CARDENAS AND GRACIELA CARDENAS,

AND

RIO VISTA CORPORATION,
JUAN CARDENAS AND GRACIELA CARDENAS,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

# MOTION OF THE UNITED STATES TO DISMISS IN PART PLAINTIFFS' SECOND AMENDED COMPLAINT

NATHAN J. HOCHMAN
Assistant Attorney General

DAVID GUSTAFSON
JENNIFER DOVER SPRIGGS
Attorneys
Justice Department (Tax)
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840
(202) 514-9440 (facsimile)

# INDEX

**Page**

Motion of the United States to dismiss in part plaintiffs' second amended complaint . . . . . . . . 1

Statement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

The 2000 tax year for Cardenas & Sons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

The 1993 tax year for Rio Vista . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

The 1997 tax year for Rio Visa . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

The 1999 tax year for Rio Vista . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

The 2001 tax year for Rio Vista . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

The 2002 tax year for Rio Vista . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

The Cardenases' claim for refund . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Argument:

I. Cardenas & Sons failed to file a timely claim for refund for the 2000 tax year; therefore, the Court lacks jurisdiction over that tax year . . . . . . . . . . . . 6

II. Rio Vista has failed to establish that the amount sought in its claim for refund for the 1993 tax year was not previously refunded . . . . . . . . . . . . . . . . . 8

III. Rio Vista failed to file timely claims for refund for the tax years 1997, 1999, 2001 and 2002; therefore, the Court lacks jurisdiction over those tax years . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

IV. The Court lacks jurisdiction over the allegations in Count III of the Second Amended Complaint regarding the claim for refund filed by Juan and Graciela Cardenas, because those allegations fail to comply with I.R.C. § 6532(a)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

**Page**

Appendix A:

Declaration of Jennifer Dover Spriggs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A1

Exhibit 1. Certificate of Assessments and Payments for tax period ending December 31, 2000, for J. Cardenas and Son Farming Incorporated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A4

Exhibit 2. Certificate of Assessments and Payments for tax period ending December 31, 1993, for Rio Vista Corporation . . . . . . . . . . . . . . . . . . . . A8

Exhibit 3. Certificate of Assessments and Payments for tax period ending December 31, 1997, for Rio Vista Corporation . . . . . . . . . . . . . . . . . . . A18

Exhibit 4. Certificate of Assessments and Payments for tax period ending December 31, 1999, for Rio Vista Corporation . . . . . . . . . . . . . . . . . . . A23

Exhibit 5. Certificate of Assessments and Payments for tax period ending December 31, 2001, for Rio Vista Corporation . . . . . . . . . . . . . . . . . . . A30

Exhibit 6. Certificate of Assessments and Payments for tax period ending December 31, 2002, for Rio Vista Corporation . . . . . . . . . . . . . . . . . . . A35

Exhibit 7. Form 843, Claim for Refund for J. Cardenas & Sons Farming, Inc. for 2000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A39

Exhibit 8. Form 843, Claim for Refund for Rio Vista Corporation, Inc., for 1993 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A40

Exhibit 9. Form 843, Claim for Refund for Rio Vista Corporation, Inc., for 1999 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A41

**Page**

Declaration of Jennifer Dover Spriggs (continued):

Exhibit 10. Form 843, Claim for Refund for Rio Vista Corporation, Inc., for 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A42

Exhibit 11. Form 843, Claim for Refund for Rio Vista Corporation, Inc., for 2002 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A43

**CITATIONS**

**Cases:**

*Donahue v. United States*, 33 Fed. Cl. 600 (1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

*Mertens v. United States*, 12 Cl. Ct. 678, 680 (1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*Minehan v. United States*, 75 Fed. Cl. 249 (2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 9

*Skillo v. United States*, 68 Fed. Cl. 734 (2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Stelco Holdings Co. v. United States*, 42 Fed. Cl. 101 (1998) . . . . . . . . . . . . . . . . . . . . 7, 9

*Sun Chemical Corp. v. United States*, 698 F.2d 1203 (Fed. Cir. 1983), *cert. denied*, 464 U.S. 819 (1983) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 9

*Trout v. United States*, 1 Cl. Ct. 219, 220 (1983) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*United States v. Dalm*, 494 U.S. 596 (1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 7, 9

*Wall Industries, Inc. v. United States*, 10 Cl. Ct. 82, 95 (1986) . . . . . . . . . . . . . . . . . . . . 7

**Statutes:**

Internal Revenue Code of 1986 (26 U.S.C.):

§ 6532 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
§ 6511 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-10
§ 6672 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 3, 6, 10
§ 7422 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 7, 9

**Page**

**Miscellaneous:**

Rules of the Court of Federal Claims:

Rule 9(h)(6) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Rule 12(b)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Rule 12(b)(6) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 8
Rule 12(e) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Rule 42(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3