IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-350 T

(Judge Christine O.C. Miller)

J. CARDENAS & SONS FARMING, INC.,
JUAN CARDENAS AND GRACIELA CARDENAS

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

No. 07-351 T

RIO VISTA CORPORATION,
JUAN CARDENAS AND GRACIELA CARDENAS,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

DECLARATION OF JENNIFER DOVER SPRIGGS

I, Jennifer Dover Spriggs, am the attorney of the Tax Division, United States Department of Justice, assigned to defend this case, and I state as follows:

1. In my official capacity, I have temporary custody of the Internal Revenue Service administrative file with respect to the matters at issue in this case.

2. Attached hereto as the indicated exhibits are true and correct copies of the following documents which have been made available to me by the Internal Revenue Service:

Exhibit 1 - Certificate of Assessments and Payments for tax period ending December 31, 2000, for J. Cardenas and Son Farming Incorporated;

Exhibit 2 - Certificate of Assessments and Payments for tax period ending December 31, 1993, for Rio Vista Corporation;

Exhibit 3- Certificate of Assessments and Payments for tax period ending December 31, 1997, for Rio Vista Corporation;

Exhibit 4 - Certificate of Assessments and Payments for tax period ending December 31, 1999, for Rio Vista Corporation;

Exhibit 5 - Certificate of Assessments and Payments for tax period ending December 31, 2001, for Rio Vista Corporation;

Exhibit 6 - Certificate of Assessments and Payments for tax period ending December 31, 2002, for Rio Vista Corporation;

Exhibit 7- Form 843, Claim for Refund for J. Cardenas & Sons Farming, Inc. for 2000;

Exhibit 8 - Form 843, Claim for Refund for Rio Vista Corporation, Inc., for 1993;

Exhibit 9 - Form 843, Claim for Refund for Rio Vista Corporation, Inc., for 1999;

Exhibit 10 - Form 843, Claim for Refund for Rio Vista Corporation, Inc., for 2001;

Exhibit 11 - Form 843, Claim for Refund for Rio Vista Corporation, Inc., for 2002.

3. The administrative file provided by the Internal Revenue Service in connection with the periods at issue in this case does not contain a copy of the refund claim filed by Rio Vista for 1997 or the refund claim filed by Juan and Graciela Cardenas. In addition, the administrative file provided by the Internal Revenue Service in this matter does not contain any document which indicates that the Internal Revenue Service has rendered a decision on the claim for refund filed by Juan and Graciela Cardenas.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Washington, D.C., this 26th day of February 2008.

Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: September 06, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for J Cardenas and Son Farming Incorporated, Employer Identification Number: 77-0121198, covering Employer's Annual Tax Return for Agricultural Employees, for the period ending December 31, 2000————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Operations

GOVERNMENT EXHIBIT
1
A4

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

J CARDENAS & SON FARMING INC EIN/SSN: 77-0121198

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-31-2001 | RETURN FILED 89143-034-10439-1 200109 | 4,666.52 | | 03-12-2001 |
| | FEDERAL TAX DEPOSIT PENALTY 20010908 | 466.65 | | 03-12-2001 |
| | FAILURE TO PAY TAX PENALTY 20010908 | 46.67 | | 03-12-2001 |
| | INTEREST ASSESSED 20010908 | 46.25 | | 03-12-2001 |
| | FEDERAL TAX DEPOSIT PENALTY 20011408 | 233.33 | | 04-16-2001 |
| 02-04-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-22-2002 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-14-2003 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 11-19-2003 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 7,542.25 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

J CARDENAS & SON FARMING INC EIN/SSN: 77-0121198

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | FAILURE TO PAY TAX PENALTY 20034908 | 1,119.96 | | 12-15-2003 |
| | INTEREST ASSESSED 20034908 | 962.87 | | 12-15-2003 |
| 12-15-2003 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 11-13-2006 | CLAIM DISALLOWED 83154-698-98103-6 08 | | | |
| 06-19-2007 | LEGAL SUIT PENDING | | | |
| 07-23-2007 | LEGAL SUIT PENDING | | | |
| 08-06-2007 | RECEIVED POA/TIA | | | |
| 07-23-2007 | LEGAL SUIT PENDING | | | |
| 03-12-2001 | Statutory Notice of Balance Due | | | |
| 04-16-2001 | Statutory Notice of Intent to Levy | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

J CARDENAS & SON FARMING INC EIN/SSN: 77-0121198

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 2000

---

BALANCE 0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: David R. Martin

TITLE: Chief, Accounting Operations

DELEGATION ORDER: WI-11-5

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 08/21/2007

FORM 4340 (REV. 01-2002) PAGE 3

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: October 19, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Rio Vista Corporation, Employer Identification Number: 77-0332175, covering Employer's Annual Tax Return for Agriculture Employees, for the period ending December 31, 1993

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

L. Marott
Chief, Accounting Operations

Catalog Number 19002E

GOVERNMENT EXHIBIT
2

A8

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-31-1994 | RETURN FILED<br>89143-029-04277-4 199408 | 28,835.01 | | 03-07-1994 |
| 05-11-1993 | FEDERAL TAX DEPOSIT | | 47.32 | |
| 05-11-1993 | FEDERAL TAX DEPOSIT | | 249.20 | |
| 05-11-1993 | FEDERAL TAX DEPOSIT | | 321.85 | |
| 05-11-1993 | FEDERAL TAX DEPOSIT | | 522.40 | |
| 05-11-1993 | FEDERAL TAX DEPOSIT | | 41.00 | |
| 05-11-1993 | FEDERAL TAX DEPOSIT | | 1,965.48 | |
| 05-11-1993 | FEDERAL TAX DEPOSIT | | 2,374.98 | |
| 05-11-1993 | FEDERAL TAX DEPOSIT | | 2,822.93 | |
| 06-01-1993 | FEDERAL TAX DEPOSIT | | 6,041.35 | |
| 10-19-1993 | FEDERAL TAX DEPOSIT | | 9,443.98 | |
| 10-19-1993 | FEDERAL TAX DEPOSIT | | 1,476.48 | |
| 10-19-1993 | FEDERAL TAX DEPOSIT | | 2,589.43 | |
| 10-19-1993 | FEDERAL TAX DEPOSIT | | 638.50 | |
| 12-30-1993 | FEDERAL TAX DEPOSIT | | 207.76 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | FAILURE TO PAY TAX PENALTY 19940808 | 0.92 | | 03-07-1994 |
| | INTEREST ASSESSED 19940808 | 0.62 | | 03-07-1994 |
| 04-25-1994 | SUBSEQUENT PAYMENT | | 93.89 | |
| | FEDERAL TAX DEPOSIT PENALTY 19962908 | 2,141.99 | | 07-29-1996 |
| | ADDITIONAL TAX ASSESSED 89154-587-55301-6 19962908 | 21,419.92 | | 07-29-1996 |
| | FAILURE TO PAY TAX PENALTY 19962908 | 0.47 | | 07-29-1996 |
| | INTEREST ASSESSED 19962908 | 5,098.34 | | 07-29-1996 |
| 07-15-1996 | OVERPAID CREDIT APPLIED 943 199412 | | 258.33 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-28-1997 | OVERPAID CREDIT APPLIED<br>940 199312 | | 1,446.82 | |
| 03-21-1997 | FEDERAL TAX LIEN | | | |
| 04-14-1997 | FEES AND COLLECTION COSTS | 54.00 | | |
| 05-21-1998 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | | 10,253.12 | |
| 05-21-1998 | OVERPAID CREDIT APPLIED<br>943 199712 | | 2.10 | |
| 07-27-1998 | SUBSEQUENT PAYMENT<br>INSTALLMENT AGREEMENT | | 1,000.00 | |
| 08-31-1998 | SUBSEQUENT PAYMENT<br>INSTALLMENT AGREEMENT | | 500.00 | |
| 09-24-1998 | SUBSEQUENT PAYMENT<br>INSTALLMENT AGREEMENT | | 1,950.00 | |
| 11-02-1998 | SUBSEQUENT PAYMENT<br>LEVY | | 1,000.00 | |
| 12-01-1998 | SUBSEQUENT PAYMENT<br>INSTALLMENT AGREEMENT | | 2,000.00 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 12-21-1998 | SUBSEQUENT PAYMENT INSTALLMENT AGREEMENT | | 1,000.00 | |
| 02-01-1999 | SUBSEQUENT PAYMENT INSTALLMENT AGREEMENT | | 1,000.00 | |
| 01-31-1999 | OVERPAID CREDIT APPLIED 943 199812 | | 207.22 | |
| 03-02-1999 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 1,000.00 | |
| 03-02-1999 | PENDING INSTALLMENT AGREEMENT | | | |
| 03-29-1999 | SUBSEQUENT PAYMENT INSTALLMENT AGREEMENT | | 324.00 | |
| 04-28-1999 | SUBSEQUENT PAYMENT INSTALLMENT AGREEMENT | | 500.00 | |
| 05-05-1999 | OVERPAID CREDIT APPLIED 940 199812 | | 175.93 | |
| 11-25-1998 | OVERPAID CREDIT APPLIED 1120 199712 | | 116.80 | |
| 06-09-1999 | SUBSEQUENT PAYMENT INSTALLMENT AGREEMENT | | 500.00 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 06-29-1999 | SUBSEQUENT PAYMENT INSTALLMENT AGREEMENT | | 500.00 | |
| 07-28-1999 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 500.00 | |
| 11-22-1999 | SUBSEQUENT PAYMENT TRUST FUND | | 1,000.00 | |
| 07-09-2001 | OVERPAID CREDIT APPLIED 1120 199912 | | 54.82 | |
| 03-25-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-06-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 06-13-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 01-24-2000 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT 941 199312 77-0332175 | | 1,000.00 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 03-02-1999 | REVERSES PENDING INSTALLMENT AGREEMENT | | | |
| 01-31-2004 | OVERPAID CREDIT APPLIED 940 200312 | | 2,425.58 | |
| 03-01-2004 | OVERPAID CREDIT APPLIED 940 200312 | | 3,540.31 | |
| 03-01-2004 | INTEREST OVERPAYMENT CREDIT 940 200312 | | 11.63 | |
| | FAILURE TO PAY TAX PENALTY 20040708 | 3,551.94 | | 03-01-2004 |
| 07-12-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-06-2004 | INSTALLMENT AGREEMENT | | | |
| 03-07-2005 | OVERPAID CREDIT APPLIED 940 200412 | | 449.81 | |
| 03-07-2005 | INTEREST OVERPAYMENT CREDIT 940 200412 | | 2.16 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 03-07-2005 | OVERPAID CREDIT APPLIED<br>943 200412 | | 408.06 | |
| 03-07-2005 | INTEREST OVERPAYMENT CREDIT<br>943 200412 | | 1.96 | |
| 01-31-2005 | OVERPAID CREDIT APPLIED<br>943 200412 | | 2,318.25 | |
| | FAILURE TO PAY TAX PENALTY<br>20050808 | 861.98 | | 03-07-2005 |
| | INTEREST ASSESSED<br>20050808 | 2,318.26 | | 03-07-2005 |
| 05-04-2006 | REVERSES ACTIVE INSTALLMENT AGREEMENT | | | |
| 07-11-2005 | INSTALLMENT AGREEMENT | | | |
| 07-29-1996 | FEDERAL TAX DEPOSIT PENALTY ABATED | 2,141.99- | | |
| 12-11-2006 | FAILURE TO PAY TAX PENALTY ABATED | 1,038.34- | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADDITIONAL TAX ASSESSED 83154-724-15901-6 20064808 | 0.00 | | 12-11-2006 |
| | INTEREST ASSESSED 20064808 | 3,180.33 | | 12-11-2006 |
| 06-15-2007 | LEGAL SUIT PENDING | | | |
| 07-23-2007 | LEGAL SUIT PENDING | | | |
| 08-06-2007 | RECEIVED POA/TIA | | | |
| 03-07-1994 | Statutory Notice of Balance Due | | | |
| 04-11-1994 | Notice of Balance Due | | | |
| 07-29-1996 | Statutory Notice of Balance Due | | | |
| 11-11-1996 | Statutory Notice of Intent to Levy | | | |
| 01-28-2002 | Statutory Notice of Intent to Levy | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1993

---

BALANCE 0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: L. Smith

PRINT NAME: L. Marott for

TITLE: Chief, Accounting Operations

DELEGATION ORDER: WI-11-5

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 10/17/2007

FORM 4340 (REV. 01-2002) PAGE 9

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: September 07, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Rio Vista Corporation, Employer Identification Number: 77-0332175, covering Employer's Annual Tax Return for Agricultural Employees, for the period ending December 31, 1997

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Operations

GOVERNMENT EXHIBIT 3

Catalog Number 19002E

A18

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-31-1998 | RETURN FILED<br>89143-038-04956-8 199808 | 63,089.64 | | 03-09-1998 |
| | FEDERAL TAX DEPOSIT PENALTY<br>19980808 | 5,308.96 | | 03-09-1998 |
| | FAILURE TO PAY TAX PENALTY<br>19980808 | 630.90 | | 03-09-1998 |
| | INTEREST ASSESSED<br>19980808 | 578.15 | | 03-09-1998 |
| | FEDERAL TAX DEPOSIT PENALTY<br>19981308 | 3,154.48 | | 04-13-1998 |
| 03-20-1998 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | | 20,000.00 | |
| | FEDERAL TAX DEPOSIT PENALTY<br>19980808 | 1,000.00 | | 03-09-1998 |
| 03-09-1998 | FEDERAL TAX DEPOSIT PENALTY ABATED | 1,000.00- | | |
| | FAILURE TO PAY TAX PENALTY<br>19981408 | 215.44 | | 04-20-1998 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | INTEREST ASSESSED 19981408 | 493.74 | | 04-20-1998 |
| 04-01-1998 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 25,000.00 | |
| 04-01-1998 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 10,000.00 | |
| 04-27-1998 | FAILURE TO PAY TAX PENALTY ABATED | 175.00- | | |
| 04-27-1998 | INTEREST ABATED | 319.10- | | |
| 04-07-1998 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 16,540.87 | |
| 05-04-1998 | INTEREST ABATED | 67.91- | | |
| 05-21-1998 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 1,368.43 | |
| 06-22-1998 | INTEREST ABATED | 2.10- | | |
| 05-21-1998 | OVERPAYMENT CREDIT TRANSFERRED 943 199312 | | (2.10) | |
| 03-09-1998 | Statutory Notice of Balance Due | | | |
| 04-20-1998 | Statutory Notice of Balance Due | | | |

RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 04-27-1998 | Statutory Notice of Balance Due | | | |
| 05-18-1998 | Statutory Notice of Intent to Levy | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1997

---

BALANCE 0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: David R. Martin

TITLE: Chief, Accounting Operations

DELEGATION ORDER: WI-11-5

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 08/21/2007

FORM 4340 (REV. 01-2002) PAGE 4

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: September 07, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Rio Vista Corporation, Employer Identification Number: 77-0332175, covering Employer's Annual Tax Return for Agricultural Employees, for the period ending December 31, 1999

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Operations

GOVERNMENT EXHIBIT
4

Catalog Number 19002E



Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 12-16-2001 | RETURN FILED<br>29143-005-00027-2 200204 | 151,912.27 | | 02-04-2002 |
| 05-17-1999 | FEDERAL TAX DEPOSIT | | 2,000.00 | |
| 06-28-1999 | FEDERAL TAX DEPOSIT | | 2,500.00 | |
| 09-17-1999 | FEDERAL TAX DEPOSIT | | 15,000.00 | |
| 01-03-2000 | FEDERAL TAX DEPOSIT | | 27,895.45 | |
| 01-03-2000 | FEDERAL TAX DEPOSIT | | 19,582.95 | |
| 01-03-2000 | FEDERAL TAX DEPOSIT | | 15,880.63 | |
| 01-03-2000 | FEDERAL TAX DEPOSIT | | 11,640.97 | |
| | LATE FILING PENALTY<br>20020408 | 12,917.76 | | 02-04-2002 |
| | FAILURE TO PAY TAX PENALTY<br>20020408 | 7,176.53 | | 02-04-2002 |
| | INTEREST ASSESSED<br>20020408 | 12,525.30 | | 02-04-2002 |
| | FEDERAL TAX DEPOSIT PENALTY<br>20021508 | 15,128.45 | | 04-22-2002 |

RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADDITIONAL TAX ASSESSED 29154-494-17607-2 20021508 | 0.00 | | 04-22-2002 |
| | FAILURE TO PAY TAX PENALTY 20021508 | 861.19 | | 04-22-2002 |
| | INTEREST ASSESSED 20021508 | 1,146.73 | | 04-22-2002 |
| 06-24-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-06-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 06-13-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 07-19-2002 | FEDERAL TAX LIEN | | | |
| 01-07-2004 | XREF 100% PENALTY CVPN 199912 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 | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-07-2004 | XREF 100% PENALTY CVPN 199912 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 | | | |
| 07-12-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-12-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-26-2004 | BALANCE ADJUSTED TRUST FUND RECOVERY PENALTY CASES | | 303.39 | |
| 12-06-2004 | INSTALLMENT AGREEMENT | | | |
| 12-27-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-31-2005 | BALANCE ADJUSTED TRUST FUND RECOVERY PENALTY CASES | | 17.75 | |
| 01-26-2006 | BALANCE ADJUSTED TRUST FUND RECOVERY PENALTY CASES | | 8,000.00 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 04-15-2006 | BALANCE ADJUSTED TRUST FUND RECOVERY PENALTY CASES | | 2,209.00 | |
| 05-30-2006 | BALANCE ADJUSTED TRUST FUND RECOVERY PENALTY CASES | | 192.00 | |
| 11-13-2006 | CLAIM DISALLOWED 83154-698-98107-6 08 | | | |
| 09-26-2006 | BALANCE ADJUSTED TRUST FUND RECOVERY PENALTY CASES | | 8,000.00 | |
| 03-29-2007 | BALANCE ADJUSTED TRUST FUND RECOVERY PENALTY CASES | | 8,000.00 | |
| 05-01-2007 | BALANCE ADJUSTED TRUST FUND RECOVERY PENALTY CASES | | 8,000.00 | |
| 06-15-2007 | LEGAL SUIT PENDING | | | |
| 07-23-2007 | LEGAL SUIT PENDING | | | |

...OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 08-06-2007 | RECEIVED POA/TIA | | | |
| 05-15-2000 | Taxpayer Deliquency Notice | | | |
| 02-04-2002 | Statutory Notice of Balance Due | | | |
| 02-25-2002 | Statutory Notice of Intent to Levy | | | |
| 04-22-2002 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1999

BALANCE 72,446.09

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: David R. Martin

TITLE: Chief, Accounting Operations

DELEGATION ORDER: WI-11-5

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 08/21/2007

FORM 4340 (REV. 01-2002) PAGE 6

A30

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: October 12, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Rio Vista Corporation, Employer Identification Number: 77-0332175, covering Employer's Annual Tax Return for Agricultural Employees, for the period ending December 31, 2001

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

L. Marott
Chief, Accounting Operations

GOVERNMENT EXHIBIT 5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS



RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-31-2002 | RETURN FILED 29143-061-22176-2 200213 | | 48,989.76 | 04-08-2002 |
| | FEDERAL TAX DEPOSIT PENALTY 20021308 | 4,898.98 | | 04-08-2002 |
| | FAILURE TO PAY TAX PENALTY 20021308 | 734.85 | | 04-08-2002 |
| | INTEREST ASSESSED 20021308 | 542.50 | | 04-08-2002 |
| | FEDERAL TAX DEPOSIT PENALTY 20021808 | 2,449.49 | | 05-13-2002 |
| 07-08-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-19-2002 | FEDERAL TAX LIEN | | | |
| 08-19-2003 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 08-25-2003 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS



RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES

FORM: 943 TAX PERIOD: DEC 2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 09-05-2003 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 01-07-2004 | XREF 100% PENALTY CVPN 200112 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 | | | |
| 01-07-2004 | XREF 100% PENALTY CVPN 200112 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 | | | |
| 07-12-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-12-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-06-2004 | INSTALLMENT AGREEMENT | | | |
| 12-27-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 11-13-2006 | CLAIM DISALLOWED 83154-698-98106-6 08 | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS



RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 06-15-2007 | LEGAL SUIT PENDING | | | |
| 07-23-2007 | LEGAL SUIT PENDING | | | |
| 08-06-2007 | RECEIVED POA/TIA | | | |
| 04-08-2002 | Statutory Notice of Balance Due | | | |
| 05-13-2002 | Statutory Notice of Intent to Levy | | | |

FORM 4340 (REV. 01-2002) PAGE 3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---



RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 2001

---

BALANCE 57,615.58

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: ____________

PRINT NAME: L. Marott

TITLE: Chief, Accounting Operations

DELEGATION ORDER: WI-11-5

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 08/17/2007

FORM 4340 (REV. 01-2002) PAGE 4

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: October 12, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Rio Vista Corporation, Employer Identification Number: 77-0332175, covering Employer's Annual Tax Return for Agricultural Employees, for the period ending December 31, 2002

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

L. Marott
Chief, Accounting Operations

GOVERNMENT EXHIBIT 6

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-31-2003 | RETURN FILED<br>29143-046-42392-3 200316 | 166,464.74 | | 04-28-2003 |
| 12-24-2002 | PAYMENT WITH RETURN | | 41,919.94 | |
| | FEDERAL TAX DEPOSIT PENALTY<br>20031608 | 16,646.45 | | 04-28-2003 |
| | FAILURE TO PAY TAX PENALTY<br>20031608 | 1,868.17 | | 04-28-2003 |
| | INTEREST ASSESSED<br>20031608 | 1,493.08 | | 04-28-2003 |
| | FEDERAL TAX DEPOSIT PENALTY<br>20032108 | 6,227.24 | | 06-02-2003 |
| 07-28-2003 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-19-2003 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 08-25-2003 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 09-05-2003 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 02-20-2004 | FEDERAL TAX LIEN | | | |
| 07-12-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-12-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-06-2004 | INSTALLMENT AGREEMENT | | | |
| 12-27-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 11-13-2006 | CLAIM DISALLOWED 83154-698-98105-6 08 | | | |
| 06-15-2007 | LEGAL SUIT PENDING | | | |
| 07-23-2007 | LEGAL SUIT PENDING | | | |
| 08-06-2007 | RECEIVED POA/TIA | | | |
| 04-28-2003 | Statutory Notice of Balance Due | | | |
| 06-02-2003 | Statutory Notice of Intent to Levy | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RIO VISTA CORPORATION EIN/SSN: 77-0332175

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 2002

BALANCE 150,779.74

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: L. Marott

TITLE: Chief, Accounting Operations

DELEGATION ORDER: WI-11-5

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 08/17/2007

FORM 4340 (REV. 01-2002) PAGE 3

Form **843** (Rev. November 2005) Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for—*
- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant<br>**J. Cardenas & Sons Farming, Inc.** | Your SSN or ITIN<br>: : |
| Address (number, street, and room or suite no.)<br>**PO Box 6420** | Spouse's SSN or ITIN<br>: : |
| City or town, state, and ZIP code<br>**Santa Maria, CA 93454** | Employer identification number (EIN)<br>**77 : 0121198** |
| Name and address shown on return if different from above | Daytime telephone number<br>( **805** ) **310-6068** |

1 **Period.** Prepare a separate Form 843 for each tax period
From **01 / 01 / 2000** to **12 / 31 / 2000**

2 Amount to be refunded or abated $ **3,050.34**

3a Type of tax, penalty, or addition to tax:
☑ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶ ____________

b Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☑ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

4a Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ▶ **$8,000-May, 2006 $8,000-April, 2006**

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Employment tax paid on behalf of Juan Cardenas, in the amount of $3,050.34, has been erroneously and arbitrarily assessed by the Internal Revenue Service. The Internal Revenue Service erroneously and arbitrarily failed to give proper credit for payments made by J. Cardenas & Sons Farming, Inc. Further, the Internal Revenue Service erroneously assessed an amount in excess of the amount required by law for 01/01/00 to 12/31/00. J. Cardenas & Sons Farming, Inc. requests a refund in the amount of $3,050.34, or such greater or other amount, together with interest as allowed by law.**

RECEIVED 084 40
OCT 04 2006
OP's 1 Dept 2
IRS OGDEN, UTAH

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

[signature] ............ Date ..........
Signature (Title, if applicable. Claims by corporations must be signed by an officer.)

............ Date ..........
Signature

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.** Cat. No. 10180R Form **843** (Rev. 11-2005)

GOVERNMENT EXHIBIT 7

yell for hist(ory?) within 2 yrs of claim only
STATUTE 04365522542
CLEARED D. BUSHMAN
NOV 09 2006

Form **843** (Rev. November 2005) Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves **(a)** one of the taxes shown on line 3a or **(b)** a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for—*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant<br>**Rio Vista Corporation, Inc.** | Your SSN or ITIN |
| Address (number, street, and room or suite no.)<br>**PO Box 6420** | Spouse's SSN or ITIN |
| City or town, state, and ZIP code<br>**Santa Maria, CA 93454** | Employer identification number (EIN)<br>**77 : 0332175** |
| Name and address shown on return if different from above | Daytime telephone number<br>( **805** ) **310-6068** |

1 **Period.** Prepare a separate Form 843 for each tax period
From **01 / 01 / 1993** to **12 / 31 / 1993**

2 Amount to be refunded or abated $ **9.64**

3a Type of tax, penalty, or addition to tax:
☑ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶ ____________

b Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☑ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

4a Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ▶ **$8,000-April, 2006**

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Employment tax paid on behalf of Jose Sandoval, in the amount of $9.64, has been erroneously and arbitrarily assessed by the Internal Revenue Service. The Internal Revenue Service erroneously and arbitrarily failed to give proper credit for payments made by Rio Vista Corporation, Inc. Further, the Internal Revenue Service erroneously assessed an amount in excess of the amount required by law for 01/01/93 to 12/31/93. Rio Vista Corporation, Inc. requests a refund in the amount of $9.64, or such greater or other amount, together with interest as allowed by law.**

RECEIVED 09 C40
OCT 04 2006
OP's 1 Dept 2
IRS OGDEN, UTAH

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

[signature] ........................................ Date ..........
Signature (Title, if applicable. Claims by corporations must be signed by an officer.)

........................................ Date ..........
Signature

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.** Cat. No. 10180R Form **843** (Rev. 11-2005)

GOVERNMENT EXHIBIT 8

Form **843** (Rev. November 2005) Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves **(a)** one of the taxes shown on line 3a or **(b)** a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for—*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant<br>**Rio Vista Corporation, Inc.** | Your SSN or ITIN |
| Address (number, street, and room or suite no.)<br>**PO Box 6420** | Spouse's SSN or ITIN |
| City or town, state, and ZIP code<br>**Santa Maria, CA 93454** | Employer identification number (EIN)<br>**77 : 0332175** |
| Name and address shown on return if different from above | Daytime telephone number<br>( **805** ) **310-6068** |

1 **Period.** Prepare a separate Form 843 for each tax period
From **01 / 01 / 1999** to **12 / 31 / 1999**

2 Amount to be refunded or abated $ **1,529.20**

3a Type of tax, penalty, or addition to tax:
☑ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶ ______________

b Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☑ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

4a Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ▶ **$8,000-April, 2006**

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Employment tax paid on behalf of Filemon Camargo, in the amount of $1,529.20, has been erroneously and arbitrarily assessed by the Internal Revenue Service. The Internal Revenue Service erroneously and arbitrarily failed to give proper credit for payments made by Rio Vista Corporation, Inc. Further, the Internal Revenue Service erroneously assessed an amount in excess of the amount required by law for 01/01/99 to 12/31/99. Rio Vista Corporation, Inc. requests a refund in the amount of $1,529.20, or such greater or other amount, together with interest as allowed by law.**

RECEIVED OSC 40
OCT 0 4 2006
OP's 1 Dept 2
IRS OGDEN, UTAH

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Julian Camargo (signature)
Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date

Signature Date

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.** Cat. No. 10180R Form **843** (Rev. 11-2005)

GOVERNMENT EXHIBIT 9

Form **843** (Rev. November 2005) Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves **(a)** one of the taxes shown on line 3a or **(b)** a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for—*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant<br>**Rio Vista Corporation, Inc.** | Your SSN or ITIN |
| Address (number, street, and room or suite no.)<br>**PO Box 6420** | Spouse's SSN or ITIN |
| City or town, state, and ZIP code<br>**Santa Maria, CA 93454** | Employer identification number (EIN)<br>**77 : 0332175** |
| Name and address shown on return if different from above | Daytime telephone number<br>( **805** ) **310-6068** |

**1 Period.** Prepare a separate Form 843 for each tax period From **01 / 01 / 2001** to **12 / 31 / 2001**

**2** Amount to be refunded or abated $ **11,685.81**

**3a** Type of tax, penalty, or addition to tax:
☑ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶ ______

**b** Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☑ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

**4a** Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ▶ **$8,000-April, 2006 $8,000-March, 2006**

**5 Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Employment tax paid on behalf of Gerardo Cardenas, in the amount of $11,685.81, has been erroneously and arbitrarily assessed by the Internal Revenue Service. The Internal Revenue Service erroneously and arbitrarily failed to give proper credit for payments made by Rio Vista Corporation, Inc. Further, the Internal Revenue Service erroneously assessed an amount in excess of the amount required by law for 01/01/01 to 12/31/01. Rio Vista Corporation, Inc. requests a refund in the amount of $11,685.81, or such greater or other amount, together with interest as allowed by law.**

RECEIVED OSC 40
OCT 04 2006
OP's 1 Dept 2
IRS OGDEN, UTAH

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

[signature] Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date

Signature Date



GOVERNMENT EXHIBIT 10

Form **843** (Rev. November 2005) Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

► See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves **(a)** one of the taxes shown on line 3a or **(b)** a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for—*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant<br>**Rio Vista Corporation, Inc.** | Your SSN or ITIN |
| Address (number, street, and room or suite no.)<br>**PO Box 6420** | Spouse's SSN or ITIN |
| City or town, state, and ZIP code<br>**Santa Maria, CA 93454** | Employer identification number (EIN)<br>**77 : 0332175** |
| Name and address shown on return if different from above | Daytime telephone number<br>( **805** ) **310-6068** |
| **1 Period.** Prepare a separate Form 843 for each tax period<br>From **01** / **01** / **2002** to **12** / **31** / **2002** | **2** Amount to be refunded or abated<br>$ **4,853.32** |

**3a** Type of tax, penalty, or addition to tax:

☑ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)

☐ Penalty—IRC section ► ____________

**b** Type of return filed (see instructions):

☐ 706 ☐ 709 ☐ 940 ☐ 941 ☑ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

**4a** Request for abatement or refund of:

☐ Interest as a result of IRS errors or delays.

☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ► **$8,000-March, 2006 $8,000-February, 2006**

**5 Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Employment tax paid on behalf of Jose Sandoval, in the amount of $4,853.32, has been erroneously and arbitrarily assessed by the Internal Revenue Service. The Internal Revenue Service erroneously and arbitrarily failed to give proper credit for payments made by Rio Vista Corporation, Inc. Further, the Internal Revenue Service erroneously assessed an amount in excess of the amount required by law for 01/01/02 to 12/31/02. Rio Vista Corporation, Inc. requests a refund in the amount of $4,853.32, or such greater or other amount, together with interest as allowed by law.**

RECEIVED
OCT 0 4 2006
OP's 1 Dept 2
IRS OGDEN, UTAH

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) ............ Date ............

Signature ............ Date ............



GOVERNMENT EXHIBIT 11