# Exhibit A

MARTIN A. SCHAINBAUM, Esq. (CSB # 37257)
STEPHEN DeROSA, Esq. (CSB # 245336)
BRYANT W.H. SMITH, Esq. (CSB # 250035)
Martin A. Schainbaum, A Professional Law Corporation
351 California Street, Suite 800
San Francisco, CA 94104-2406
Telephone: (415) 777-1040
Fax: (415) 981-1065
E-mail: schainbm@taxwarrior.com

Attorneys for Plaintiffs
J. Cardenas & Sons Farming, Inc.
Rio Vista Corporation,
Juan Cardenas, and Graciela Cardenas

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| J. CARDENAS & SONS FARMING, INC., JUAN CARDENAS and GRACIELA CARDENAS<br><br>v.<br><br>THE UNITED STATES | No.: 07-350 T<br><br>Declaration of Steven Pybrum |

| | |
|---|---|
| RIO VISTA CORPORATION, JUAN CARDENAS and GRACIELA CARDENAS<br><br>v.<br><br>THE UNITED STATES | No.: 07-351 T<br><br>Declaration of Steven Pybrum |

I, Steven Pybrum, do solemnly declare that:

1. I am a certified public accountant.

2. Plaintiffs in the above-entitled case are my clients.

3. Upon information and belief, the checks attached as Exhibit 1 to this declaration are authentic copies of checks payable to the United States Treasury as follows:

| Payment Amount | Payment Date | Place |
|---|---|---|
| $8,000 | February, 22, 2006 | IRS Fresno, CA Service/Campus Center |
| $8,000 | March, 21, 2006 | IRS Fresno, CA Service/Campus Center |
| $8,000 | April, 24, 2006 | IRS Fresno, CA Service/Campus Center |
| $8,000 | May 23, 2006 | IRS Fresno, CA Service/Campus Center |

4. The payments listed in paragraph 3 were for Plaintiff J. Cardenas & Sons Farming, Inc. for tax forms 943 for the tax years ending December 31, 1993, December 31, 1995, December 31, 1998, and December 31, 2000 and for Plaintiff Rio Vista Corporation for tax forms 943 for the tax years ending December 31, 1993, December 31, 1996, December 31, 1997, December 31, 1999, December 31, 2001, December 31, 2002, and December 31, 2003.

5. On or about September 10, 2006, I filed Form 843 Claims for Refund on behalf of Plaintiff J. Cardenas & Sons Farming, Inc. for various payments made by Plaintiff J. Cardenas & Sons Farming, Inc in accordance with the following table:

| Tax Period | For Tax Paid on Behalf of | Amount of Claim | Payment Date | Payment Amount |
|---|---|---|---|---|
| 12/31/1993 | Juan Cardenas | $909.70 | February, 22, 2006 | $8,000 |
| 12/31/1995 | Juan Cardenas | $4,857.50 | March, 21, 2006 | $8,000 |
| 12/31/1998 | Fileman Camargo | $708.58 | April, 24, 2006 | $8,000 |
| 12/31/2000 | Juan Cardenas | $3,050.34 | May 23, 2006 | $8,000 |

I filed the Claims for Refund by mailing the aforementioned refund claims to the IRS Fresno, CA Service/Campus Center and filed the same with Internal Revenue Service Revenue Officer Mary Montoya at 2384 Professional Parkway, Santa Maria, CA 93455. A copy of the cover

Mar 03 2008 5:18PM ABUNDANCE#PUBLISHING 8059628850 p.5

letter accompanying those forms is attached as Exhibit 2. True and authentic copies of those Claims for Refund are attached as Exhibit 3 to this declaration.

6. On or about September 1, 2006, I filed Form 843 Claims for Refund on behalf of Plaintiff Rio Vista Corporation for various payments made by Plaintiff Rio Vista Corporation in accordance with the following table:

| Tax Period | For Tax Paid on Behalf of | Amount of Claim | Payment Date | Payment Amount |
|---|---|---|---|---|
| 12/31/1993 | Jose Sandoval | $9.64 | April, 24, 2006 | $8,000 |
| 12/31/1996 | Jose Sandoval | $9.64 | April, 24, 2006 | $8,000 |
| 12/31/1997 | Jose Sandoval | $51.84 | April, 24, 2006 | $8,000 |
| 12/31/1999 | Fileman Camargo | $1,529.20 | April, 24, 2006 | $8,000 |
| 12/31/2001 | Gerado Cardenas | $11,685.81 | March, 21, 2006 & April, 24, 2006 | $8,000 & $8,000 |
| 12/31/2002 | Jose Sandoval | $4,853.32 | February, 22, 2006 & March, 21, 2006 | $8,000 & $8,000 |
| 12/31/2003 | Fileman Camargo | $3,784.21 | February, 22, 2006 | $8,000 |

I filed the Claims for Refund by mailing the aforementioned refund claims to the IRS Fresno, CA Service/Campus Center and filed the same with Internal Revenue Service Revenue Officer Mary Montoya at 2384 Professional Parkway, Santa Maria, CA 93455. A copy of the cover letter accompanying those forms is attached as Exhibit 2. True and authentic copies of those Claims for Refund are attached as Exhibit 4 to this declaration.

7. Upon factual information and belief, on September 26, 2007, $20,629.10 was taken from the Wells Fargo Bank account of Plaintiffs Juan and Graciela Cardenas pursuant to an IRS levy served by Internal Revenue Service Revenue Officer Rose Martinez for the Santa Maria Internal Revenue Service office.

8. On or about December 20, 2007, I filed Form 843 Claims for Refund on behalf of Plaintiffs Juan and Graciela Cardenas, for the $20,629.10 described in paragraph 7 by mailing the aforementioned refund claims to the IRS Fresno, CA Service/Campus Center.

9. All of the aforementioned Claims for Refund were filed within two years of the payments for which refunds are being sought.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

s/
STEVEN PYBRUM, C.P.A.

Executed on (date) 3/1/08 (28 U.S.C. §1746)