# EXHIBIT 1

J. CARDENAS & SONS FARMING, INC.
1141 TAMA LANE
SANTA MARIA, CA 93455
805-349-3886

WELLS FARGO BANK

16-24/1220

005524

2/22/2006

PAY TO THE ORDER OF UNITED STATES TREASURY

$ **8,000.00

Eight Thousand and 00/100******************************************************************************************** DOLLARS

UNITED STATES TREASURY

MEMO 77-0121198/77-0332175/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/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

MP

⑈005524⑈ ⑆122000247⑆0638087866⑈

J. CARDENAS & SONS FARMING, INC. - 1141 TAMA LANE, SANTA MARIA, CA 93455
UNITED STATES TREASURY

2/22/2006 005524

8,000.00

WELLS FARGO BANK 77-0121198/77-0332175/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/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

8,000.00

J. CARDENAS & SONS FARMING, INC. - 1141 TAMA LANE, SANTA MARIA, CA 93455
UNITED STATES TREASURY

2/22/2006 005524

8,000.00

WELLS FARGO BANK 77-0121198/77-0332175/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/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

8,000.00

SF5001-1

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 805 461 0992

J. CARDENAS & SONS FARMING, INC.
1141 TAMA LANE
SANTA MARIA, CA 93455
805-349-3886

WELLS FARGO BANK

16-24/1220

005567

3/21/2006

PAY TO THE ORDER OF UNITED STATES TREASURY $ **8,000.00

Eight Thousand and 00/100********************************************************************************************* DOLLARS

UNITED STATES TREASURY

MEMO
77-0121198/77-0332175/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/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

⑈005567⑈ ⑆122000247⑆0638087866⑈

J. CARDENAS & SONS FARMING, INC. - 1141 TAMA LANE, SANTA MARIA, CA 93455 005567

UNITED STATES TREASURY 3/21/2006

8,000.00

WELLS FARGO BANK 77-0121198/77-0332175/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/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 8,000.00

**J. CARDENAS & SONS FARMING, INC.**
1141 TAMA LANE
SANTA MARIA, CA 93455
805-349-3886

WELLS FARGO BANK

16-24/1220

005650

4/24/2006

PAY TO THE ORDER OF UNITED STATES TREASURY

$ **8,000.00

Eight Thousand and 00/100******************************************************************************************** DOLLARS

UNITED STATES TREASURY

MEMO 77-0121198/77-0332175/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/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

MP

⑈005650⑈ ⑆122000247⑆0638087866⑈

J. CARDENAS & SONS FARMING, INC. - 1141 TAMA LANE, SANTA MARIA, CA 93455

UNITED STATES TREASURY

4/24/2006 005650

8,000.00

WELLS FARGO BANK 77-0121198/77-0332175/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/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 8,000.00

**J. CARDENAS & SONS FARMING, INC.**
1141 TAMA LANE
SANTA MARIA, CA 93455
805-349-3886

WELLS FARGO BANK

16-24/1220

00573

5/23/2006

PAY TO THE ORDER OF UNITED STATES TREASURY

Eight Thousand and 00/100**************************************************************************************** $ **8,000.00

UNITED STATES TREASURY DOLLARS

MEMO 77-0121198/77-0332175/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/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

⑈005733⑈ ⑆122000247⑆0638087866⑈

J. CARDENAS & SONS FARMING, INC. · 1141 TAMA LANE, SANTA MARIA, CA 93455

UNITED STATES TREASURY

5/23/2006 005733

8,000.00

WELLS FARGO BANK 77-0121198/77-0332175/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/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

8,000.00