# EXHIBIT 2

FAMILY BUSINESS CENTER, INC.

• SANTA BARBARA (805) 962-1040 • SANTA MARIA (805) 928-1040

MANAGEMENT CONSULTANTS
FAX (805) 962-8950

RECEIVED
OCT 0 2 2006
BY:

Mary Montoya
Internal Revenue Service
2384 Professional Parkway
Santa Maria, CA 93455-1127

Dear Mary:

Please find enclosed Forms 843 for the periods listed below for the various corporation listed:

**J. Cardenas & Sons Farming, Inc.:**

| Period Ending | Date Paid |
|---|---|
| 12/31/1993 | May, 2006 |
| 12/31/1995 | May, 2006 |
| 12/31/1998 | May, 2006 |
| 12/31/2000 | April & May, 2006 |

**Rio Vista Corporation:**

| Period Ending | Date Paid |
|---|---|
| 12/31/1993 | April, 2006 |
| 12/31/1996 | April, 2006 |
| 12/31/1997 | April, 2006 |
| 12/31/1999 | April, 2006 |
| 12/31/2001 | March & April, 2006 |
| 12/31/2002 | February & March, 2006 |
| 12/31/2003 | February, 2006 |

Very truly yours,

Pybrum and Company, CPA's
Tax Department
9/1/2006

E-MAIL: cpamba1040@aol.com
POST OFFICE BOX 23209 • SANTA BARBARA, CALIFORNIA 93121