# Exhibit B

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: September 06, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for J Cardenas and Son Farming Incorporated, Employer Identification Number: 77-0121198, covering Employer's Annual Tax Return for Agricultural Employees, for the period ending December 31, 1993

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

J CARDENAS & SON FARMING INC EIN/SSN: 77-0121198

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-31-1994 | RETURN FILED<br>89143-029-04501-4 199410 | 52,098.17 | | 03-21-1994 |
| 02-05-1993 | FEDERAL TAX DEPOSIT | | 1,230.02 | |
| 05-11-1993 | FEDERAL TAX DEPOSIT | | 400.90 | |
| 05-11-1993 | FEDERAL TAX DEPOSIT | | 7,219.64 | |
| 05-11-1993 | FEDERAL TAX DEPOSIT | | 828.97 | |
| 05-11-1993 | FEDERAL TAX DEPOSIT | | 1,595.10 | |
| 05-11-1993 | FEDERAL TAX DEPOSIT<br>941 199306<br>77-0121198 | | 4,291.34 | |
| 06-01-1993 | FEDERAL TAX DEPOSIT<br>941 199306<br>77-0121198 | | 3,858.18 | |
| 10-19-1993 | FEDERAL TAX DEPOSIT | | 5,746.51 | |
| 12-30-1993 | FEDERAL TAX DEPOSIT | | 6,319.45 | |
| | FAILURE TO PAY TAX PENALTY<br>19941008 | 206.08 | | 03-21-1994 |
| | INTEREST ASSESSED<br>19941008 | 194.55 | | 03-21-1994 |

J CARDENAS & SON FARMING INC EIN/SSN: 77-0121198

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | FEDERAL TAX DEPOSIT PENALTY 19942908 | 5,209.81 | | 08-01-1994 |
| | ADDITIONAL TAX ASSESSED 89154-594-14207-4 19942908 | 0.00 | | 08-01-1994 |
| 08-19-1994 | FEDERAL TAX LIEN | | | |
| 01-26-1994 | FEDERAL TAX DEPOSIT 943 199412 77-0121198 | | 244.06 | |
| 02-01-1994 | FEDERAL TAX DEPOSIT 943 199412 77-0121198 | | 10,799.71 | |
| 02-01-1994 | FEDERAL TAX DEPOSIT 943 199412 77-0121198 | | 4,588.56 | |
| 09-12-1994 | FEES AND COLLECTION COSTS | 14.00 | | |
| 03-15-1994 | OVERPAID CREDIT APPLIED 1120 199312 | | 1,898.68 | |
| 10-24-1994 | INTEREST OVERPAYMENT CREDIT 1120 199312 | | 0.07 | |

J CARDENAS & SON FARMING INC EIN/SSN: 77-0121198

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 10-24-1994 | OVERPAID CREDIT APPLIED 940 199212 | | 1.69 | |
| 03-15-1994 | OVERPAID CREDIT APPLIED 940 199212 | | 0.19 | |
| 12-27-1994 | SUBSEQUENT PAYMENT NON-TRUST FUND | | 8,916.93 | |
| | FAILURE TO PAY TAX PENALTY 19950308 | 105.18 | | 01-30-1995 |
| | INTEREST ASSESSED 19950308 | 112.21 | | 01-30-1995 |
| 03-20-1995 | SUBSEQUENT PAYMENT LEVY | | 135.42 | |
| | INTEREST ASSESSED 19951408 | 135.42 | | 04-17-1995 |
| 04-21-1995 | FEDERAL TAX LIEN RELEASED | | | |
| | FEDERAL TAX DEPOSIT PENALTY 19962108 | 4,589.99 | | 06-03-1996 |

J CARDENAS & SON FARMING INC EIN/SSN: 77-0121198

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADDITIONAL TAX ASSESSED<br>89154-536-55302-6 19962108 | 45,899.98 | | 06-03-1996 |
| | INTEREST ASSESSED<br>19962108 | 10,187.32 | | 06-03-1996 |
| 08-30-1996 | FEDERAL TAX LIEN | | | |
| 05-02-1997 | SUBSEQUENT PAYMENT<br>TRUST FUND | | 5,005.78 | |
| 05-28-1997 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | | 1,957.00 | |
| 01-07-1998 | OVERPAID CREDIT APPLIED<br>1120 199312 | | 12.97 | |
| 03-09-1998 | SUBSEQUENT PAYMENT<br>INSTALLMENT AGREEMENT | | 4.68 | |
| 03-20-1998 | SUBSEQUENT PAYMENT<br>INSTALLMENT AGREEMENT | | 2,000.00 | |
| 04-20-1998 | SUBSEQUENT PAYMENT<br>INSTALLMENT AGREEMENT | | 2,000.00 | |
| 06-19-1998 | SUBSEQUENT PAYMENT<br>INSTALLMENT AGREEMENT | | 2,000.00 | |

J CARDENAS & SON FARMING INC EIN/SSN: 77-0121198

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 08-28-1998 | OVERPAID CREDIT APPLIED<br>943 199712 | | 22.77 | |
| 05-22-1998 | SUBSEQUENT PAYMENT<br>INSTALLMENT AGREEMENT<br>941 199312<br>77-0121198 | | 2,000.00 | |
| 08-28-1998 | SUBSEQUENT PAYMENT<br>INSTALLMENT AGREEMENT | | 1,385.23 | |
| 09-25-1998 | SUBSEQUENT PAYMENT<br>INSTALLMENT AGREEMENT | | 2,000.00 | |
| 11-02-1998 | SUBSEQUENT PAYMENT<br>INSTALLMENT AGREEMENT | | 2,000.00 | |
| 11-30-1998 | SUBSEQUENT PAYMENT<br>INSTALLMENT AGREEMENT | | 2,000.00 | |
| 12-21-1998 | SUBSEQUENT PAYMENT<br>INSTALLMENT AGREEMENT | | 2,000.00 | |
| 02-02-1999 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | | 2,000.00 | |
| 03-02-1999 | SUBSEQUENT PAYMENT<br>INSTALLMENT AGREEMENT | | 2,000.00 | |

J CARDENAS & SON FARMING INC EIN/SSN: 77-0121198

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 03-29-1999 | SUBSEQUENT PAYMENT<br>INSTALLMENT AGREEMENT | | 1,820.89 | |
| 05-03-1999 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | | 2,000.00 | |
| 05-30-1999 | OVERPAID CREDIT APPLIED<br>940 199812 | | 179.11 | |
| 06-10-1999 | SUBSEQUENT PAYMENT<br>INSTALLMENT AGREEMENT | | 2,000.00 | |
| 06-30-1999 | SUBSEQUENT PAYMENT<br>INSTALLMENT AGREEMENT | | 2,000.00 | |
| 07-28-1999 | SUBSEQUENT PAYMENT<br>INSTALLMENT AGREEMENT | | 2,000.00 | |
| 10-04-1999 | SUBSEQUENT PAYMENT<br>INSTALLMENT AGREEMENT | | 2,000.00 | |
| 11-23-1999 | SUBSEQUENT PAYMENT<br>INSTALLMENT AGREEMENT | | 4,000.00 | |
| 01-01-2000 | INSTALLMENT AGREEMENT | | | |
| 01-24-2000 | SUBSEQUENT PAYMENT | | 4,000.00 | |

J CARDENAS & SON FARMING INC EIN/SSN: 77-0121198

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 05-15-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-01-2000 | REVERSES ACTIVE INSTALLMENT AGREEMENT | | | |
| 08-07-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-15-2001 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-10-2001 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-21-2003 | OVERPAID CREDIT APPLIED 943 199612 | | 94.60 | |
| 10-31-2003 | OVERPAID CREDIT APPLIED 940 199712 | | 58.38 | |
| 12-22-2003 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |

J CARDENAS & SON FARMING INC EIN/SSN: 77-0121198

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-31-2000 | OVERPAID CREDIT APPLIED 943 199912 | | 12,135.88 | |
| 04-05-2004 | OVERPAID CREDIT APPLIED 943 199912 | | 6,638.09 | |
| 04-05-2004 | INTEREST OVERPAYMENT CREDIT 943 199912 | | 21.25 | |
| | FAILURE TO PAY TAX PENALTY 20041208 | 6,659.34 | | 04-05-2004 |
| 07-19-2004 | OVERPAID CREDIT APPLIED 943 200312 | | 137.12 | |
| 07-19-2004 | INTEREST OVERPAYMENT CREDIT 943 200312 | | 2.89 | |
| | FAILURE TO PAY TAX PENALTY 20042708 | 140.01 | | 07-19-2004 |
| 07-13-2004 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 969.01 | |

J CARDENAS & SON FARMING INC EIN/SSN: 77-0121198

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | FAILURE TO PAY TAX PENALTY 20043008 | 969.01 | | 08-09-2004 |
| 10-29-2004 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 8,000.00 | |
| | FAILURE TO PAY TAX PENALTY 20044508 | 2,363.67 | | 11-22-2004 |
| | INTEREST ASSESSED 20044508 | 5,636.33 | | 11-22-2004 |
| 12-06-2004 | INSTALLMENT AGREEMENT | | | |
| 12-27-2004 | SUBSEQUENT PAYMENT INSTALLMENT AGREEMENT | | 8,000.00 | |
| | INTEREST ASSESSED 20050308 | 8,000.00 | | 01-31-2005 |
| 05-27-2005 | SUBSEQUENT PAYMENT | | 8,000.00 | |
| | INTEREST ASSESSED 20052308 | 8,000.00 | | 06-20-2005 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

J CARDENAS & SON FARMING INC EIN/SSN: 77-0121198

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 06-29-2005 | SUBSEQUENT PAYMENT | | 457.42 | |
| | INTEREST ASSESSED 20052808 | 457.42 | | 07-25-2005 |
| 11-13-2006 | CLAIM DISALLOWED 83154-698-98100-6 08 | | | |
| 06-19-2007 | LEGAL SUIT PENDING | | | |
| 07-23-2007 | LEGAL SUIT PENDING | | | |
| 08-06-2007 | RECEIVED POA/TIA | | | |
| 03-21-1994 | Statutory Notice of Balance Due | | | |
| 04-11-1994 | Statutory Notice of Intent to Levy | | | |
| 06-03-1996 | Statutory Notice of Balance Due | | | |
| 06-24-1996 | Statutory Notice of Intent to Levy | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

J CARDENAS & SON FARMING INC EIN/SSN: 77-0121198

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1993

BALANCE 0.00

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: David R. Martin

TITLE: Chief, Accounting Operations

DELEGATION ORDER: WI-11-5

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 08/21/2007

FORM 4340 (REV. 01-2002) PAGE 11