# Exhibit D

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: September 06, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for J Cardenas and Son Farming Incorporated, Employer Identification Number: 77-0121198, covering Employer's Annual Tax Return for Agricultural Employees, for the period ending December 31, 1998

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

J CARDENAS & SON FARMING INC EIN/SSN: 77-0121198

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-31-1999 | RETURN FILED 89143-037-01973-9 199908 | 39,440.68 | | 03-08-1999 |
| 05-13-1998 | FEDERAL TAX DEPOSIT | | 665.44 | |
| 05-18-1998 | FEDERAL TAX DEPOSIT | | 1,811.77 | |
| 05-22-1998 | FEDERAL TAX DEPOSIT | | 869.74 | |
| 06-05-1998 | FEDERAL TAX DEPOSIT | | 2,432.61 | |
| 07-07-1998 | FEDERAL TAX DEPOSIT | | 6,525.51 | |
| 07-24-1998 | FEDERAL TAX DEPOSIT | | 8,914.41 | |
| 08-26-1998 | FEDERAL TAX DEPOSIT | | 8,190.23 | |
| 09-18-1998 | FEDERAL TAX DEPOSIT | | 3,231.20 | |
| 12-31-1998 | FEDERAL TAX DEPOSIT | | 6,799.77 | |
| 01-31-1999 | DUPLICATE RETURN 89143-030-08832-9 | | | |
| | FEDERAL TAX DEPOSIT PENALTY 19992408 | 2,248.37 | | 06-28-1999 |
| | ADDITIONAL TAX ASSESSED 89154-558-00102-9 19992408 | 0.00 | | 06-28-1999 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

J CARDENAS & SON FARMING INC EIN/SSN: 77-0121198

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-01-2000 | INSTALLMENT AGREEMENT | | | |
| 05-15-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-01-2000 | REVERSES ACTIVE INSTALLMENT AGREEMENT | | | |
| 08-07-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-15-2001 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-10-2001 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| | ADDITIONAL TAX ASSESSED 29151-317-85000-2 20025008 | 65,621.23 | | 04-01-2002 |
| | FEDERAL TAX DEPOSIT PENALTY 20025008 | 9,843.00 | | 04-01-2002 |

FORM 4340 (REV. 01-2002) PAGE 2

J CARDENAS & SON FARMING INC EIN/SSN: 77-0121198

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | INTEREST ASSESSED 20025008 | 18,761.06 | | 04-01-2002 |
| 02-06-2004 | FEDERAL TAX LIEN | | | |
| 03-08-2004 | FEES AND COLLECTION COSTS | 78.00 | | |
| 12-06-2004 | INSTALLMENT AGREEMENT | | | |
| 12-27-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-28-2005 | SUBSEQUENT PAYMENT | | 7,980.38 | |
| 11-27-2005 | SUBSEQUENT PAYMENT | | 8,000.00 | |
| 12-27-2005 | SUBSEQUENT PAYMENT | | 8,000.00 | |
| 02-27-2006 | SUBSEQUENT PAYMENT | | 8,000.00 | |
| 03-27-2006 | SUBSEQUENT PAYMENT | | 7,976.00 | |

J CARDENAS & SON FARMING INC EIN/SSN: 77-0121198

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 04-27-2006 | SUBSEQUENT PAYMENT | | 8,000.00 | |
| 07-29-2006 | SUBSEQUENT PAYMENT | | 8,000.00 | |
| 08-28-2006 | SUBSEQUENT PAYMENT | | 8,000.00 | |
| 11-13-2006 | CLAIM DISALLOWED 83154-698-98102-6 08 | | | |
| 10-25-2006 | SUBSEQUENT PAYMENT | | 8,000.00 | |
| 12-27-2006 | SUBSEQUENT PAYMENT | | 8,000.00 | |
| 11-30-2006 | SUBSEQUENT PAYMENT | | 8,000.00 | |
| 02-05-2007 | SUBSEQUENT PAYMENT | | 8,000.00 | |
| 02-26-2007 | SUBSEQUENT PAYMENT | | 8,000.00 | |

J CARDENAS & SON FARMING INC EIN/SSN: 77-0121198

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | FAILURE TO PAY TAX PENALTY 20071008 | 7,404.72 | | 03-19-2007 |
| 05-24-2007 | SUBSEQUENT PAYMENT | | 8,000.00 | |
| | FAILURE TO PAY TAX PENALTY 20072308 | 8,000.00 | | 06-18-2007 |
| 06-19-2007 | LEGAL SUIT PENDING | | | |
| 07-23-2007 | LEGAL SUIT PENDING | | | |
| 08-06-2007 | RECEIVED POA/TIA | | | |
| 06-28-1999 | Statutory Notice of Balance Due | | | |
| 04-01-2002 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

J CARDENAS & SON FARMING INC EIN/SSN: 77-0121198

TYPE OF TAX: EMPLOYER'S ANNUAL TAX RETURN FOR AGRICULTURAL EMPLOYEES
FORM: 943 TAX PERIOD: DEC 1998

BALANCE 0.00

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: David R. Martin

TITLE: Chief, Accounting Operations

DELEGATION ORDER: WI-11-5

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 08/21/2007

FORM 4340 (REV. 01-2002) PAGE 6