IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-350 T

(Judge Christine O.C. Miller)

J. CARDENAS & SONS FARMING, INC.,
JUAN CARDENAS AND GRACIELA CARDENAS

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

No. 07-351 T

RIO VISTA CORPORATION,
JUAN CARDENAS AND GRACIELA CARDENAS,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of fifteen days from March 17, 2008, to and including April 1, 2008, within which to file its

reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss In Part Plaintiffs' Second Amended Complaint ("opposition") filed in the above-captioned matter. This is the first enlargement of time requested for this purpose.

In support of this motion, defendant states that its trial attorney forwarded plaintiffs' opposition to the Internal Revenue Service ("IRS") and requested a supplemental defense recommendation. Counsel for the IRS has provided preliminary recommendations with respect to plaintiffs' opposition, however, those views are not yet final. This enlargement of time is sought in order to allow defendant's trial attorney time to receive and review the final recommendations by the IRS regarding plaintiffs' opposition. Plaintiffs' counsel advised that plaintiffs object to the allowance of this motion.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/David Gustafson
Of Counsel

March 12, 2008