# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**J. CARDENAS & SONS FARMING, INC., JUAN CARDENAS AND GRACIELA CARDENAS,** *

Plaintiffs, *

v. * No. 07-350T

**THE UNITED STATES,** * (Filed Mar. 14, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**RIO VISTA CORPORATION, JUAN CARDENAS AND GRACIELA CARDENAS,** *

Plaintiffs, *

v. * No. 07-351T

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant this date filed a Motion for Enlargement of Time within which to file its reply to plaintiffs' opposition brief on its motion to dismiss. Defendant noted that plaintiffs object to the grant of this motion. Pursuant to RCFC 7.2(a), defendant's motion is granted, and defendant shall file its reply brief by April 1, 2008. No further extensions.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge