# Exhibit 1

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0025

For assistance, call:
1-800-829-8374
**Your Caller ID:** 724589

**Notice Number:** CP49
**Date:** March 10, 2008

023414.474792.0109.003 1 AB 0.341 695

**Taxpayer Identification Number:**
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
**Tax Form:** CVL PEN
**Tax Year:** December 31, 1999

GRACIELA CARDENAS
935 FAITH PL
NIPOMO CA 93444-9451359

23414

## Overpaid Tax Applied to Other Taxes You Owe

We applied $16,000.00 of the overpaid tax on your 1999 tax return to the unpaid balance of other federal taxes which our records show you owe.

You may still be due a refund if we applied only part of your overpayment to other taxes. You also may be due a refund if you recently made a payment against the other taxes that we had not credited when we applied your overpayment. In either case, you will receive a check for any refund due you as long as the amount is greater than one dollar. You must request a refund of less than one dollar. If you have any questions, please call us at the number listed above.

The figures below show our calculation:

### How We Applied Your Overpayment

| | |
|---|---|
| Amount of Overpaid Tax on Your Return | $16,000.00 |
| Amount of Interest You Earned on Overpayment | $.00 |
| Total Amount Due You | $16,000.00 |
| Total Amount Applied | $16,000.00 |
| Amount You Will Receive as a Refund (any interest due you will be added) | $.00 |

### Where We Applied Your Overpayment

| Form(s) | Tax Period(s) | Amount(s) Applied |
|---|---|---|
| CVL PEN | December 31, 2001 | $16,000.00 |

The following information may pertain to you if you are currently married or were previously married. Did we use your refund to pay for income taxes that you and a former (or current) spouse owe? If you file a claim, you may be eligible to receive relief from having to pay your former (or current) spouse's income tax debt. A successful claim for relief could change the tax you have to pay. You may not owe anything at all. You could receive your refund or other payments back.

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0025

For assistance, call:
1-800-829-8374
**Your Caller ID:** 971142

**Notice Number:** CP49
**Date:** March 10, 2008

**Taxpayer Identification Number:**
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
**Tax Form:** CVL PEN
**Tax Year:** December 31, 1999

023415.474792.0109.003 1 AB 0.341 695

JUAN CARDENAS
935 FAITH PL
NIPOMO CA 93444-9451359

23415

## Overpaid Tax Applied to Other Taxes You Owe

We applied $8,036.90 of the overpaid tax on your 1999 tax return to the unpaid balance of other federal taxes which our records show you owe.

You may still be due a refund if we applied only part of your overpayment to other taxes. You also may be due a refund if you recently made a payment against the other taxes that we had not credited when we applied your overpayment. In either case, you will receive a check for any refund due you as long as the amount is greater than one dollar. You must request a refund of less than one dollar. If you have any questions, please call us at the number listed above.

The figures below show our calculation:

### How We Applied Your Overpayment

| | |
|---|---|
| Amount of Overpaid Tax on Your Return | $8,036.90 |
| Amount of Interest You Earned on Overpayment | $.00 |
| Total Amount Due You | $8,036.90 |
| Total Amount Applied | $8,036.90 |
| Amount You Will Receive as a Refund (any interest due you will be added) | $.00 |

### Where We Applied Your Overpayment

| Form(s) | Tax Period(s) | Amount(s) Applied |
|---|---|---|
| CVL PEN | December 31, 2001 | $8,036.90 |

The following information may pertain to you if you are currently married or were previously married. Did we use your refund to pay for income taxes that you and a former (or current) spouse owe? If you file a claim, you may be eligible to receive relief from having to pay your former (or current) spouse's income tax debt. A successful claim for relief could change the tax you have to pay. You may not owe anything at all. You could receive your refund or other payments back.