MARTIN A. SCHAINBAUM, Esq.
Martin A. Schainbaum, A Professional Law Corporation
351 California Street, Suite 800
San Francisco, CA 94104-2406
Telephone: (415) 777-1040
Fax: (415) 981-1065
E-mail: schainbm@taxwarrior.com

Attorneys for Plaintiffs
J. Cardenas & Sons Farming, Inc.,
Rio Vista Corporation
Juan Cardenas and Graciela Cardenas

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| J. CARDENAS & SONS FARMING, INC., JUAN CARDENAS and GRACIELA CARDENAS<br><br>v.<br><br>THE UNITED STATES | No.: 07-350 T |
| RIO VISTA CORPORATION, JUAN CARDENAS and GRACIELA CARDENAS<br><br>v.<br><br>THE UNITED STATES | No.: 07-351 T |

**CERTIFICATE OF SERVICE**

I hereby certify on this 13th day of March 2008 that a true and correct copy of the Supplement to Plaintiffs' Opposition to Defendant's Motion to Dismiss in Part Plaintiffs' Second Amended Complaint was served on the following via E-mail to: JENNIFER DOVER SPRIGGS.

Date: March 13, 2008

s/ Martin A. Schainbaum
MARTIN A. SCHAINBAUM