# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**J. CARDENAS & SONS FARMING, INC., JUAN CARDENAS AND GRACIELA CARDENAS,** *

Plaintiffs, *

v. * No. 07-350T

**THE UNITED STATES,** * (Filed Apr. 1, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**RIO VISTA CORPORATION, JUAN CARDENAS AND GRACIELA CARDENAS,** *

Plaintiffs, *

v. * No. 07-351T

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant this date filed a Motion for Enlargement of Time within which to file its reply to plaintiffs' opposition to its motion to dismiss. Defendant noted that plaintiffs' counsel had not returned her message regarding whether he would oppose defendant's motion. Defendant has justified the extension with a good-cause showing. Pursuant to RCFC 7.2(a), defendant's motion is granted, and defendant shall file its reply brief by April 11, 2008. No further extensions.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge