# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**J. CARDENAS & SONS FARMING, INC., JUAN CARDENAS AND GRACIELA CARDENAS,** *

Plaintiffs, *

v. * No. 07-350T

**THE UNITED STATES,** * (Filed Apr. 25, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**RIO VISTA CORPORATION, JUAN CARDENAS AND GRACIELA CARDENAS,** *

Plaintiffs, *

v. * No. 07-351T

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Argument on defendant's motion for partial dismissal shall be held at 3:00 p.m. on Monday, May 5, 2008, in the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC. Counsel for plaintiffs shall notify the court at 202/357-6620 by May 1, 2008, if he wishes to participate by telephone conference call to be placed by the court.

Both counsel shall transmit a copy of a pedagogical spreadsheet exhibit to each other and the court by e-mail attachment on May 1, 2008, that contains the following information: 1) all payments that relate to the tax refund claim in suit; 2) the payor on each check by check number; 3) the date of each check by check number; and 4) the amount(s) credited for each check and the name of the taxpayer on each account to which the proponent will argue that each check or amount of each check, if less than 100% of the face amount, should have been or was credited. Along with their exhibit, plaintiffs' counsel shall also submit to the court and defense counsel: 1) a photocopy of each check in question that reproduces both sides, including all notations evidencing cancellation; and 2) a copy of any installment agreement entered into between the plaintiffs and the Internal Revenue Service addressing to which accounts deficiency payments were to be made and the amount of each payment.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge