IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-350 T

(Judge Christine O.C. Miller)

J. CARDENAS & SONS FARMING, INC.,
JUAN CARDENAS AND GRACIELA CARDENAS

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

No. 07-351 T

RIO VISTA CORPORATION,
JUAN CARDENAS AND GRACIELA CARDENAS,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of seven days from August 4, 2008, to and including August 11, 2008, within which to file a

Joint Status Report with respect to the accounting issues in the above-captioned matter. This is the first enlargement of time requested for this purpose.

In support of this motion, defendant states that on July 18, 2008, the Government submitted accounting spreadsheets to plaintiffs for each of the tax periods in suit as required by the Court's order of May 5, 2008. Plaintiffs' counsel advised that plaintiffs are reviewing the accounting prepared by the Government and do not expect to complete their review until August 1, 2008. This enlargement is requested in order to allow the parties additional time to consult with respect to the Government's accounting prior to filing the Joint Status Report. Plaintiffs' counsel has authorized us to state that plaintiffs have no objection to the allowance of this motion.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/David Gustafson
Of Counsel

July 25, 2008