IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-350 T

(Judge Christine O.C. Miller)

J. CARDENAS & SONS FARMING, INC.,
JUAN CARDENAS AND GRACIELA CARDENAS

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

No. 07-351 T

RIO VISTA CORPORATION,
JUAN CARDENAS AND GRACIELA CARDENAS,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the parties respectfully move for an enlargement of time of thirty days from August 11, 2008, to and including September 10, 2008, within which to file a Joint Status Report with respect to the accounting issues in the above-captioned matter. This is the

second enlargement of time requested for this purpose; the first enlargement having been granted for a total of seven days.

In support of this motion, the parties state that on August 7, 2008, a telephone conference was held to discuss the accounting prepared by the Government in this action. In connection with the August 7 telephone conference, plaintiffs prepared a spreadsheet analysis in response to the Government's accounting. This enlargement of time is requested in order to provide additional time for defendant's trial attorney, the Internal Revenue Service, and the Department of Justice recomputation specialist, to review plaintiffs' August 7 spreadsheet analysis and to allow time for the parties to schedule a second conference to further discuss the remaining accounting issues prior to filing a Joint Status Report.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

WHEREFORE, the parties request that their joint motion be granted.

Respectfully submitted,

8/11/2008
Date

s/Martin A. Schainbaum
MARTIN A. SCHAINBAUM
A Professional Law Corporation
351 California Street, Suite 800
San Francisco, CA 94104-2406
(415) 777-1040

Attorney for Plaintiffs

8/11/2008
Date

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

NATHAN J. HOCHMAN
Assistant Attorney General
STEVEN I. FRAHM
Acting Chief, Court of Federal Claims Section

8/11/2008
Date

s/Steven I. Frahm
Of Counsel
Attorneys for Defendant