IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-350 T

(Judge Christine O.C. Miller)

J. CARDENAS & SONS FARMING, INC.,
JUAN CARDENAS AND GRACIELA CARDENAS

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

No. 07-351 T

RIO VISTA CORPORATION,
JUAN CARDENAS AND GRACIELA CARDENAS,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

JOINT STATUS REPORT

Pursuant to the Court's order of August 11, 2008, the parties submit the following Joint Status Report.

1. As required by the Court's order of May 5, 2008, defendant prepared a detailed accounting for each period in issue in this consolidated action which was provided to plaintiffs' counsel.

2. Counsel for the parties have held two telephone conferences to discuss the accounting prepared by the Government in this action. In a telephone conference held on September 8, 2008, plaintiffs' counsel proposed a methodology for resolving all the accounting issues in this action. On September 9, 2008, plaintiffs' counsel forwarded to defendant's trial attorney computations in support of plaintiffs' settlement proposal.

3. Based upon the foregoing, the parties request that they be allowed until November 3, 2008, to complete all settlement negotiations in this action. In addition, the parties request that they be allowed to file a further Joint Status Report on or before October 15, 2008, advising the Court whether any of the accounting issues have been resolved and setting forth the parties' recommendations regarding further proceedings.

4. Plaintiffs' counsel has reviewed this Joint Status Report and has authorized counsel for the United States to sign this document electronically on behalf of plaintiffs and to file this report on behalf of both parties.

/ /

/ /

/ /

/ /

/ /

/ /

Respectfully submitted,

9/10/2008
Date

s/Martin A. Schainbaum
MARTIN A. SCHAINBAUM
A Professional Law Corporation
351 California Street, Suite 800
San Francisco, CA 94104-2406
(415) 777-1040

Attorney for Plaintiffs

9/10/2008
Date

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

NATHAN J. HOCHMAN
Assistant Attorney General
STEVEN I. FRAHM
Acting Chief, Court of Federal Claims Section

9/10/2008
Date

s/Steven I. Frahm
Of Counsel
Attorneys for Defendant