# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**J. CARDENAS & SONS FARMING, INC., JUAN CARDENAS AND GRACIELA CARDENAS,** *

Plaintiffs, *

v. * No. 07-350T

**THE UNITED STATES,** * (Filed Sept. 10, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**RIO VISTA CORPORATION, JUAN CARDENAS AND GRACIELA CARDENAS,** *

Plaintiffs, *

v. * No. 07-351T

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the Joint Status Report filed this date,

**IT IS ORDERED**, as follows:

1. Counsel shall complete all settlement negotiations by November 3, 2008.

2. Defendant shall file a Joint Status Report on behalf of the parties by October 15, 2008, stating with particularity the status of settlement or proposing a course for further proceedings.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge